IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 19-CV-00153 |
| | ) |
| CHICAGO HOTEL HOLDINGS, INC. | ) |
| d/b/a The Millennium Knickerbocker | ) Judge Leinenweber |
| Chicago, | ) |
| | ) Magistrate Judge Cox |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISS ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant CHICAGO HOTEL HOLDINGS, INC. d/b/a The Millennium Knickerbocker Chicago, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | CHICAGO HOTEL HOLDINGS, INC. d/b/a THE Millennium Knickerbocker Chicago |
| By: /s/ *Marshall J. Burt* | By: */s/ Brian C. Blair* |
| Marshall J. Burt | Brian C. Blair |
| The Burt Law Group, Ltd. | Baker & Hostetler LLP, |
| 77 W. Washington, Ste 1300 | SunTrust Center, Suite 2300 |
| Chicago, IL 60602 | 200 South Orange Avenue, |
| 312.419.1999 | Orlando, FL 32801 |
| | 407.649.4000 |
| | Admitted *Pro Hac Vice* |